IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM SILKNITTER,

    Petitioner,

    v.

WARDEN, ALLEN
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:19-CV-00717
JUDGE SARAH D. MORRISON
Chief Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On August 22, 2019, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 20.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 20) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** for lack of jurisdiction for the reasons stated in the Report and Recommendation.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED**.

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **United States District Judge**